Dismissed and Opinion filed November 7, 2002














Dismissed and
Opinion filed November 7, 2002.

 

 

In The

 

Fourteenth Court of Appeals

____________

 

NO. 14-02-00494-CV

____________

 

THE CITY OF HOUSTON, TEXAS, Appellant

 

V.

 

ENTERPRISE LEASING
COMPANY OF HOUSTON, INC., Appellee

 

__________________________________________________________

 

On Appeal from the County Civil Court at Law No. 3

Harris County, Texas

Trial Court Cause No. 763,962

 

__________________________________________________________

 

M E M O R A
N D U M   O P I N I O N

            This is an appeal from two
interlocutory orders denying appellant’s pleas to the jurisdiction.

            On November 1, 2002, appellant filed a motion
to dismiss the appeal because the appeal is moot.  On November 1, 2002, the trial judge signed an order
dismissing the case following appellee’s notice of
non-suit.  See Tex. R. App. P. 42.1.  The motion to dismiss the appeal is granted.

 

 








            Accordingly, the appeal is ordered
dismissed.  

 

                                                                                    PER
CURIAM

 

Judgment rendered and
Opinion filed November 7, 2002.

Panel consists of Justices
Edelman, Seymore, and Guzman.

Do Not Publish — Tex. R. App. P. 47.3(b).